UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rhuland Davis

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Metro North Commuter Railroad

Andrew Paul (Vice President- Labor Relations)

John Longobardi (Deputy Chief - Field Operations)

Write the full name of each defendant. The names listed above must be identical to those contained in Section I.

Do you want a jury trial?
☒ Yes   ☐ No

# EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 3/24/17

## I. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

| Rhuland | E | Davis |
|---|---|---|
| First Name | Middle Initial | Last Name |

6911 Environ Blvd. apt. #7H
Street Address

| Lauderhill | Florida | 33319 |
|---|---|---|
| County, City | State | Zip Code |

| 917 604 0767 | Rhuland@gmail.com |
|---|---|
| Telephone Number | Email Address (if available) |

### B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. (Proper defendants under employment discrimination statutes are usually employers, labor organizations, or employment agencies.) Attach additional pages if needed.

Defendant 1:  Metro North Commuter Railroad
Name
420 Lexington Ave.
Address where defendant may be served

| New York | New York | 10170 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 2:  Andrew Paul (Vice President - Labor Relations)
Name
420 Lexington Ave.
Address where defendant may be served

| New York | New York | 10170 |
|---|---|---|
| County, City | State | Zip Code |

Defendant 3:

| John Longobardi (Deputy Chief - Field Operations) | | |
|---|---|---|
| Name | | |
| 420 Lexington Ave. | | |
| Address where defendant may be served | | |
| New York | New York | 10170 |
| County, City | State | Zip Code |

## II. PLACE OF EMPLOYMENT

The address at which I was employed or sought employment by the defendant(s) is:
Metro North Commuter Railroad

| Name | | |
|---|---|---|
| 420 Lexington Ave. | | |
| Address | | |
| New York | New York | 10170 |
| County, City | State | Zip Code |

## III. CAUSE OF ACTION

### A. Federal Claims

This employment discrimination lawsuit is brought under (check only the options below that apply in your case):

☒ **Title VII of the Civil Rights Act of 1964**, 42 U.S.C. §§ 2000e to 2000e-17, for employment discrimination on the basis of race, color, religion, sex, or national origin

The defendant discriminated against me because of my (check only those that apply and explain):

☒ race: Unfairly terminated

☐ color: _____

☐ religion: _____

☐ sex: _____

☐ national origin: _____

- [x] **42 U.S.C. § 1981**, for intentional employment discrimination on the basis of race

    My race is: Black

- [ ] **Age Discrimination in Employment Act of 1967**, 29 U.S.C. §§ 621 to 634, for employment discrimination on the basis of age (40 or older)

    I was born in the year: _____

- [ ] **Rehabilitation Act of 1973**, 29 U.S.C. §§ 701 to 796, for employment discrimination on the basis of a disability by an employer that constitutes a program or activity receiving federal financial assistance

    My disability or perceived disability is: _____

- [ ] **Americans with Disabilities Act of 1990**, 42 U.S.C. §§ 12101 to 12213, for employment discrimination on the basis of a disability

    My disability or perceived disability is: _____

- [ ] **Family and Medical Leave Act of 1993**, 29 U.S.C. §§ 2601 to 2654, for employment discrimination on the basis of leave for qualified medical or family reasons

**B. Other Claims**

In addition to my federal claims listed above, I assert claims under:

- [x] **New York State Human Rights Law**, N.Y. Exec. Law §§ 290 to 297, for employment discrimination on the basis of age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status

- [ ] **New York City Human Rights Law**, N.Y. City Admin. Code §§ 8-101 to 131, for employment discrimination on the basis of actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status

- [ ] Other (may include other relevant federal, state, city, or county law): _____

## IV. STATEMENT OF CLAIM

### A. Adverse Employment Action

The defendant or defendants in this case took the following adverse employment actions against me (check only those that apply):

- ☐ did not hire me
- ☒ terminated my employment
- ☐ did not promote me
- ☐ did not accommodate my disability
- ☐ provided me with terms and conditions of employment different from those of similar employees
- ☐ retaliated against me
- ☒ harassed me or created a hostile work environment
- ☐ other (specify): _____

### B. Facts

State here the facts that support your claim. Attach additional pages if needed. You should explain what actions defendants took (or failed to take) *because of* your protected characteristic, such as your race, disability, age, or religion. Include times and locations, if possible. State whether defendants are continuing to commit these acts against you.

**See attached**

As additional support for your claim, you may attach any charge of discrimination that you filed with the U.S. Equal Employment Opportunity Commission, the New York State Division of Human Rights, the New York City Commission on Human Rights, or any other government agency.

United States District Court
Southern District of New York

Rhuland Davis

    -against-

Metro North Commuter Railroad

## IV. STATEMENT OF CLAIM

### B. Facts

1. October 9th, 2018 Metro North terminated me based on a train hitting another train
in Bridgeport Ct. on July 12, 2018 that I was the conductor of.

2. Previously Metro North did not bring any charges against conductor Dan Magro after a similar accident.

3. Metro North also continues to employ Dannielle Bonge, who operated the train involved in the previous accident. Dannielle had prior discipline on her record, and later had another disciplinary case. Both Dan Magro, and Danielle Bonge are white.

4. Metro North continues to employ numerous employees that were disciplined, signed last chance waivers, and disciplined again.

5. Metro North conspired false allegations against me in June of 2016.

6. Metro North convinced an arbitrator to rule against me by being untruthful.

## V. ADMINISTRATIVE PROCEDURES

For most claims under the federal employment discrimination statutes, before filing a lawsuit, you must first file a charge with the U.S. Equal Employment Opportunity Commission (EEOC) and receive a Notice of Right to Sue.

Did you file a charge of discrimination against the defendant(s) with the EEOC or any other government agency?

- ☒ Yes (Please attach a copy of the charge to this complaint.)

    When did you file your charge?  10-8-2019

- ☐ No

Have you received a Notice of Right to Sue from the EEOC?

- ☒ Yes (Please attach a copy of the Notice of Right to Sue.)

    What is the date on the Notice?  10-13-2020

    When did you receive the Notice?  10-16-2020

- ☐ No

## VI. RELIEF

The relief I want the court to order is (check only those that apply):

- ☐ direct the defendant to hire me
- ☒ direct the defendant to re-employ me
- ☐ direct the defendant to promote me
- ☐ direct the defendant to reasonably accommodate my religion
- ☐ direct the defendant to reasonably accommodate my disability
- ☐ direct the defendant to (specify) (if you believe you are entitled to money damages, explain that here)

    See attached

United States District Court
Southern District of New York

Rhuland Davis

-against-

Metro North Commuter Railroad

## VI.   RELIEF

1. Pay earnings loss.

2. Pay for loss benefits.

3. Pay for pension earnings loss.

4. Pay for railroad retirement earnings loss.

5. Pay for emotional distress.

## VII. PLAINTIFF'S CERTIFICATION

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1-5-2021 | | *Rhuland Davis* |
|---|---|---|
| Dated | | Plaintiff's Signature |
| Rhuland | E | Davis |
| First Name | Middle Initial | Last Name |
| 6911 Environ Blvd. apt #7H | | |
| Street Address | | |
| Lauderhill | Florida | 33319 |
| County, City | State | Zip Code |
| 917 604 0767 | Rhuland@gmail.com | |
| Telephone Number | Email Address (if available) | |

I have read the attached Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7