UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/2021
```

RHULAND DAVIS,

                Plaintiff,

-against-

METRO NORTH COMMUTER RAILROAD; ANDREW PAUL, VICE PRESIDENT – LABOR RELTIONS; JOHN LONGOBARDI, DEPUTY CHIEF – FIELD OPERATIONS,

                Defendants.

21-CV-0387 (AJN)

ORDER OF SERVICE

ALISON J. NATHAN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Metro North Commuter Railroad; Andrew Paul, Vice President – Labor Relations; and John Longobardi, Deputy Chief – Field Operations. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    The Clerk of Court is directed to mail an information package to Plaintiff. Plaintiff has consented to receive electronic service of Court filings. (ECF No. 2.)

SO ORDERED.

Dated:   February 16, 2021
         New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge