UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHULAND DAVIS,<br><br>                    Plaintiff,<br><br>     v.<br><br>METRO NORTH COMMUTER RAILROAD,<br>ANDREW PAUL, and JOHN LONGOBARDI<br><br>                    Defendants. | **ORDER**<br><br>21 Civ. 387 (ER) (BCM) |

RAMOS, D.J.

    Please be advised that this case has been reassigned to the Honorable Edgardo Ramos.  Upon review of the docket, the Court believes it is appropriate to deny Defendants' first motion to dismiss, Doc. 16, as moot following the filing of the first amended complaint, Doc. 22.  If either party has a different view, you are directed to respond by Wednesday, December 15, 2021.  Otherwise, the first motion will be dismissed.

    It is SO ORDERED.

Dated:  December 10, 2021
        New York, New York

                                                            Edgardo Ramos, U.S.D.J.