

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHULAND DAVIS,

        Plaintiff,

-against-

METRO NORTH COMMUTER RAILROAD, et al.,

        Defendant.

21-CV-387 (ER) (BCM)

**REVISED CASE MANAGEMENT ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's status conference, the Court adopts the following case management and scheduling order pursuant to Fed. R. Civ. P. 16:

1. <u>Depositions and Additional Fact Discovery</u>. All fact depositions shall be completed by **October 28, 2022**. All remaining fact discovery shall be completed no later than **November 11, 2022**.

2. <u>Expert Discovery</u>. Disclosure of expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **December 16, 2022**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **January 20, 2023**. Depositions of experts shall be completed no later than **February 10, 2023**.

3. <u>Close of Discovery</u>. All discovery shall be completed no later than **February 10, 2023**.

4. No further extensions of these deadlines will be granted absent compelling circumstances.

5.   All provisions of the Initial Case Management Order dated April 28, 2022 (Dkt. 45), to the extent not modified herein, remain in effect.

6.   <u>Status Conference</u>. Judge Moses will conduct a status conference on **November 17, 2022 at 10:00 a.m.** No later than **November 14, 2022**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       August 8, 2022

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**