420 Lexington Avenue  
New York, NY 10170  
www.mta.info

**Catherine A. Rinaldi**  
President



# Metro-North Railroad



November 14, 2022

**By ECF**

Honorable Barbara Moses, U.S.M.J.  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED**

Re:   *Davis v. Metro-North Commuter Railroad et al.*, 21 Civ. 387 (ER) (BCM)

Dear Magistrate Judge Moses:

I represent Defendants in the above-captioned matter and write with the consent of Plaintiff's counsel to request an adjournment of the November 17, 2022 status conference in this matter in light of the October 19, 2022 revision to the discovery schedule.

In the August 8, 2022 Revised Case Management Order (ECF No. 57), Your Honor set a November 11, 2022 deadline to complete fact discovery and scheduled a November 17, 2022 status conference, with a joint status letter due today. However, in an October 19, 2022 Endorsed Order, Your Honor extended the discovery schedule, including setting a February 10, 2023 deadline for fact discovery (ECF No. 70). Since then, the parties have been conferring about outstanding document discovery and scheduling depositions. The parties do not have any discovery controversies to raise with the Court at this time, and respectfully propose that a status conference would be most effective after the February 10, 2023 close of fact discovery. Thus, the parties request an adjournment of the November 17, 2022 status conference until a date convenient for the Court after February 10, 2023.

Respectfully submitted,

s/ Jennifer A. Mustes

Jennifer A. Mustes  
Associate Counsel  
(212) 340-2504  
jmustes@mnr.org  
*Counsel for Defendants*

Application GRANTED. The conference scheduled for November 17, 2022 is ADJOURNED to **February 8, 2023 at 10:00 a.m.** The parties shall file their joint status update letter no later than **February 1, 2023**. SO ORDERED.

Barbara Moses  
United States Magistrate Judge  
November 15, 2022

cc: Joshua Alexander Bernstein, Esq. (counsel for Plaintiff, by ECF)