UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHULAND DAVIS,

    Plaintiff,

-against-

METRO NORTH COMMUTER RAILROAD, et al.,

    Defendant.

21-CV-387 (ER) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The deadline to complete all discovery remains August 3, 2023. The parties shall submit a joint status update letter no later than **August 4, 2023**.

Dated: New York, New York
       June 7, 2023

                                            **SO ORDERED**.

                                            **BARBARA MOSES**
                                            **United States Magistrate Judge**