**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RHULAND DAVIS,

                Plaintiff,

  -against-                                       21 **CIVIL** 0387 (ER)

                                               **JUDGMENT**

METRO NORTH COMMUTER
RAILROAD, ANDREW PAUL, and
JOHN LONGOBARDI,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 20, 2023, Defendants' motion to dismiss is GRANTED WITH PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York

      June 20, 2023

                                                          **RUBY J. KRAJICK**

                                                                   Clerk of Court

                                 **BY:**

                                                                    **Deputy Clerk**