```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHULAND DAVIS,

        Plaintiff,

-against-

METRO NORTH COMMUTER RAILROAD, et al.,

        Defendant.

21-CV-387 (ER) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action, having been reopened on April 26, 2024, has again been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). (Dkt. 88.) All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

No later than **May 3, 2024**, the parties shall submit a joint status letter (1) summarizing the discovery remaining to be done; (2) proposing new deadlines for the service of expert reports and for expert depositions; and (3) advising the Court whether the parties are interested in pursuing a judicially supervised settlement conference.

Dated: New York, New York
      April 26, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**