```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/22/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RHULAND DAVIS,

        Plaintiff,

 -against-

METRO NORTH COMMUTER RAILROAD, et al.,

        Defendant.

21-CV-387 (ER) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

As discussed on the record during today's status conference, any party wishing to file a motion for summary judgment must file a pre-motion letter, in accordance with Judge Ramos's Individual Rules and Practices, no later than **September 20, 2024**.

Dated: New York, New York
       August 22, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**