UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
:
RHULAND DAVIS, :
                 Plaintiff, :
:
   - against - :   1:21-cv-00387 (ER) (BCM)
:
METRO NORTH COMMUTER RAILROAD, :
ANDREW PAUL, and JOHN LONGOBARDI, :
:
                Defendants. :
------------------------------------------------------------------x

**REPLY DECLARATION OF JENNIFER A. MUSTES IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

JENNIFER A. MUSTES, an attorney duly admitted before the Courts of the State of New York and this Court, hereby declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an Associate Counsel for Metro-North[1] and represent Defendants in this action. I submit this declaration in further support of Defendants' Motion for Summary Judgment in the above-captioned matter. I am fully familiar with the facts and circumstances set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of January 6, 2020 text messages between Rhuland Davis and Dennis Richardson produced by Davis in this matter as P039-41.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

---

[1] Capitalized terms not otherwise defined herein having the meanings ascribed to them in the accompanying memorandum of law in support of Defendants' motion for summary judgment.

1

2

Dated: March 21, 2025
       New York, New York

                                            s/ Jennifer A. Mustes
                                             JENNIFER A. MUSTES