420 Lexington Avenue
New York, NY 10170
www.mta.info

**Justin R. Vonashek**
President


# Metro-North Railroad

February 3, 2026

**BY ECF**
Honorable Edgardo Ramos
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Davis v. Metro-North Commuter Railroad et al.*, 21 Civ. 387 (ER) (BCM)

Dear Judge Ramos:

    I represent defendants Metro-North Commuter Railroad Company, Andrew Paul, and John Longobardi and write with the consent of plaintiff's counsel to advise the Court that the parties have reached a settlement in this matter.

    Should the Court proceed to dismiss this action with prejudice, under the circumstances, including the applicable payment terms in CPLR § 5003-A(b), the parties respectfully request that the Court allow the parties up to 60 days to move to reopen the matter, in the unlikely event that such motion is required.

Respectfully submitted,

s/ Jennifer A. Mustes

Jennifer A. Mustes
420 Lexington Avenue, 11th Fl.
New York, NY 10170
(212) 340-2504
jmustes@mnr.org

cc:    Joshua Bernstein, Esq. (counsel for Plaintiff, by ECF)